~~SECRET~~

Unsealed on 8/4/08

2008 MAR 27 AM 11:28

KNH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>ALEXSANDR SUVOROV,<br>  aka Lifestyle,<br>  aka JonnyHell,<br>  aka Dantist,<br><br>    Defendant. | Criminal Case No. 08CR 0955 H<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 1029(b)(2) - Conspiracy to Possess Unauthorized Access Devices and to Traffic Unauthorized Access Devices;<br>Title 18, U.S.C., Secs. 1029(a)(3) and (c)(1)(A)(i) - Possession of Unauthorized Access Devices;<br>Title 18, U.S.C., Secs. 1029(a)(2) and (c)(1)(A)(i) - Trafficking in Unauthorized Access Devices;<br>Title 18, U.S.C., Secs. 1028(a)(7) and (b)(1)(D) - Identity Theft;<br>Title 18, U.S.C., Sec. 1028A(a)(1) - Aggravated Identity Theft; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

### Count 1

### Conspiracy to Traffic in Unauthorized Access Devices

1. Beginning on a date unknown and continuing up to and including March 26, 2008, within the Southern District of California, and elsewhere, defendant ALEXSANDR SUVOROV, aka Lifestyle, aka JonnyHell, aka Dantist, and Maksym Yastremskiy, aka Maksik, charged elsewhere, with the intent to defraud, did knowingly and

OBG:nlv:San Diego
3/26/08

intentionally conspire together with each other and with other persons known and unknown to the grand jury, to:

    a. knowingly and with the intent to defraud, possess fifteen or more unauthorized access devices; in violation of Title 18, United States Code, Section 1029(a)(3); and,

    b. knowingly and with intent to defraud, traffic in one or more unauthorized access devices, that had been stolen or obtained with the intent to defraud, and by such conduct affected interstate commerce and obtained anything of value aggregating $1,000.00 or more during that period, representing the proceeds from the sales of stolen credit card account numbers; in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(A)(i).

## OVERT ACTS

2. In furtherance of said conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

    a. On or about February 10, 2006, Maksym Yastremskiy, aka Maksik, charged elsewhere, agreed to sell 160,000 unauthorized credit card account numbers to a purchaser located in San Diego, California;

    b. On or about February 20, 2006, defendant ALEXSANDR SUVOROV, aka Lifestyle, aka JonnyHell, aka Dantist, provided Maksym Yastremskiy, aka Maksik, with 160,000 unauthorized credit card account numbers for the purpose of re-sale.

   c. On or about March 17, 2006, pursuant to the aforementioned February 10, 2006 negotiations and in exchange for $10,000.00 in U.S. currency, Maksym Yastremskiy, aka Maksik, transferred, via an e-mail message, 6,798 of the negotiated 160,000 unauthorized credit card account numbers.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## Count 2

### Possession of Unauthorized Access Devices

3. On or about February 20, 2006, within the Southern District of California, and elsewhere, defendant ALEXSANDR SUVOROV, aka Lifestyle, aka JonnyHell, aka Dantist, did knowingly and with intent to defraud, possessed approximately 160,000 unauthorized access devices; in violation of Title 18, United States Code, Sections 1029(a)(3) and (c)(1)(A)(i), and Title 18, United States Section 2.

## Count 3

### Trafficking in Unauthorized Access Devices

4. Beginning on May 2, 2005, and continuing up to and including on or about May 1, 2006, within the Southern District of California, and elsewhere, defendant ALEXSANDR SUVOROV, aka Lifestyle, aka JonnyHell, aka Dantist, did knowingly and with intent to defraud, traffic in one or more unauthorized access devices, to wit, approximately 160,000 credit card account numbers that had been stolen or obtained with intent to defraud, and by such conduct affected interstate commerce and obtained anything of value aggregating $1,000.00 or more during that period, to wit, approximately $75,000.00 in cash, representing the proceeds from the sales of stolen credit

card account numbers; in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(A)(i), and Title 18, United States Section 2.

### Count 4

### Identity Theft

5. Beginning on May 2, 2005, and continuing up to and including on or about May 1, 2006, within the Southern District of California, and elsewhere, defendant ALEXSANDR SUVOROV, aka Lifestyle, aka JonnyHell, aka Dantist, did knowingly transfer, in and affecting interstate or foreign commerce, without lawful authority, means of identifications of other persons, to wit, credit card account numbers, with the intent to commit, to aid or abet, and in connection with a violation of Title 18, United States Code, Section 1029(a)(2), and as a result of the offense, the defendant obtained anything of value aggregating $1,000.00 or more; in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(1)(D), and Title 18, United States Section 2.

### Counts 5-15

### Aggravated Identity Theft

6. On or about the dates set forth below, within the Southern District of California, defendant ALEXSANDR SUVOROV, aka Lifestyle, aka JonnyHell, aka Dantist, during and in relation to a felony violations of Title 18, United States Code, Section 1029(a)(2) and Title 18, United States Code, Section 1029(a)(3), knowingly transferred, without lawful authority, a means of identification of another person, to wit, the credit card account numbers as set forth below:

| COUNT | TRANSFER DATE | ACCOUNT NUMBER |
|---|---|---|
| 5 | 04-25-06 | XXXX-XXXX-XXXX-5307 |
| 6 | 04-25-06 | XXXX-XXXX-XXXX-3618 |
| 7 | 04-25-06 | XXXX-XXXX-XXXX-7862 |
| 8 | 04-25-06 | XXXX-XXXX-XXXX-2277 |
| 9 | 04-18-06 | XXXX-XXXX-XXXX-4182 |
| 10 | 04-18-06 | XXXX-XXXX-XXXX-5567 |
| 11 | 04-18-06 | XXXX-XXXX-XXXX-7325 |
| 12 | 04-18-06 | XXXX-XXXX-XXXX-1738 |
| 13 | 03-17-06 | XXXX-XXXX-XXXX-5986 |
| 14 | 03-17-06 | XXXX-XXXX-XXXX-2559 |
| 15 | 03-17-06 | XXXX-XXXX-XXXX-6887 |

All in violation of Title 18, United States Code, Section 1028A(a)(1), and Title 18, United States Section 2.

DATED: March 27, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
ORLANDO B. GUTIERREZ
Assistant U. S. Attorney