# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Aleksandr Suvorov
aka Lifestyle, aka JonnyHell, aka Dantist

**WARRANT FOR ARREST**

*unsealed*
SECRET 8/14/08

To: The United States Marshal
and any Authorized United States Officer

**CASE NUMBER:** 08cr0955-001-H

YOU ARE HEREBY COMMANDED to arrest

Aleksandr Suvorov,
aka Lifestyle, aka JonnyHell, aka Dantist

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)                                   [ ] Pretrial Violation

18:1029(b)(2) - Conspiracy to Possess Unauthorized Access Devices and to Traffic Unauthorized Access Devices;
18:1029(a)(3) and (c)(1)(A)(i) - Possession of Unauthorized Access Devices; 18:1029(a)(2) and (e)(1)(A)(i) -
Trafficking in Unauthorized Access Devices; 18:1028(a)(7) and (b)(1)(D) - Identity Theft; 18:1028A(a)(1) - Aggravated
Identity Theft; 18:2 - Aiding and Abetting

RECEIVED 2008 APR -5

In violation of Title ____See Above____ United States Code, Section(s) ____

W. Samuel Hamrick, Jr.                          Clerk of the Court
Name of Issuing Officer                          Title of Issuing Officer

V. TRUJILLO (SEAL)                               April 2, 2008    San Diego, CA
Signature of Deputy                              Date and Location

Bail fixed at $ _____        by     The Honorable Anthony J. Battaglia
                                         Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

