Unsealed 8/4/08

SECRET

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

FID no. 1451307

UNITED STATES OF AMERICA

V.

Alexsandr Suvorov,
aka Lifestyle, aka JonnyHell, aka Dantist

08 APR -4 PM 1:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## WARRANT FOR ARREST

CASE NUMBER: 08cr0955-001-H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Alexsandr Suvorov,
aka Lifestyle, aka JonnyHell, aka Dantist

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

18:1029(b)(2) - Conspiracy to Possess Unauthorized Access Devices and to Traffic Unauthorized Access Devices; 18:1029(a)(3) and (c)(1)(A)(i) - Possession of Unauthorized Access Devices; 18:1029(a)(2) and (c)(1)(A)(i) - Trafficking in Unauthorized Access Devices; 18:1028(a)(7) and (b)(1)(D) - Identity Theft; 18:1028(a)(1) - Aggravated Identity Theft; 18:2 - Aiding and Abetting

In violation of Title   See Above   United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

March 27, 2008   San Diego, CA
Signature of Deputy                                    Date and Location

Returned Unexecuted
Indictment is: 4/2/08
Steve C.
U.S. Marshal, S/CA

Bail fixed at $_____   by   The Honorable William McCurine, Jr.
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Returned Unexecuted | |
| DATE OF ARREST | U.S. Marshal, S/CA | |

CLASS II   Secret Service   2605
Cover