SEALED
Unsealed on 8/4/08

KAREN P. HEWITT
United States Attorney
ORLANDO B. GUTIERREZ
Assistant U.S. Attorney
California State Bar No. 183745
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-2968/(619) 557-3445 (Fax)
Email: Orlando.Gutierrez@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
AUG 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0955-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S *EX PARTE* |
| v. | ) | APPLICATION FOR AN ORDER |
| | ) | MODIFYING THE ORDER SEALING |
| ALEKSANDR SUVOROV, | ) | INDICTMENT |
| aka Lifestyle, | ) | |
| aka JohnnyHell, | ) | |
| aka Dantist, | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Orlando B. Gutierrez, Assistant United States Attorney, and hereby requests that the previous orders by the Court sealing the Indictment in the above-captioned case be modified. Specifically, the Government would like to request that the above-captioned charging document be unsealed for all purposes.

DATED: August 4, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ORLANDO B. GUTIERREZ
Assistant United States Attorney